Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00585-CR

 

____________

 

RODNEY WAYNE SMITH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause No.
335645

 



 

M E M O R A N D U M   O P I N I O N

This is
an attempted appeal of the trial court=s order, signed June 9, 2008, denying
appellant=s Amended Petition for Discovery Order.  








Generally,
an appellate court only has jurisdiction to consider an appeal by a criminal
defendant where there has been a final judgment of conviction.  Workman v.
State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961);  McKown v. State,
915 S.W.2d 160, 161  (Tex. App.CFort Worth 1996, no pet.).  The exceptions include:  (1)
certain appeals while on deferred adjudication community supervision, Kirk
v. State, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the
denial of a motion to reduce bond, Tex.
R. App. P.  31.1; McKown, 915 S.W.2d at 161;  and (3) certain
appeals from the denial of habeas corpus relief, Wright v. State, 969
S.W.2d 588, 589 (Tex. App.CDallas 1998, no pet.);  McKown, 915 S.W.2d at 161.  

The
denial of a post-conviction petition for discovery[1]
is not a separately appealable order.  Because this appeal does not fall within
the exceptions to the general rule that appeal may be taken only from a final
judgment of conviction, we have no jurisdiction. 

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.

Do Not Publish C
Tex. R. App. P. 47.2(b).

 









[1]  This petition seeks discovery from the Harris County
District Attorney, Harris County District Clerk, Clerk of the First Court of
Appeals, and the Clerk of the Fourteenth Court of Appeals.